**DENIED and Opinion Filed March 15, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00298-CV**

**IN RE MICHAEL A. RUFF, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-2**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is relator's March 12, 2024 petition for writ of habeas corpus or, alternatively, writ of mandamus and emergency motion for temporary relief. In his petition, relator challenges a trial court's writ of attachment commanding that relator be taken into custody and delivered to jail for his failure to appear at a show-cause hearing and to ensure his appearance at the next hearing. In his emergency motion, relator seeks a stay of the writ of attachment and all proceedings related to his contempt or incarceration pending this Court's action on his petition.

After reviewing relator's petition and the record before us, whether properly construed as a writ of habeas corpus or a writ of mandamus, we conclude that relator

has failed to demonstrate entitlement to relief. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

We also deny as moot relator's emergency motion.

240298f.p05

/Robbie Partida-Kipness//

ROBBIE PARTIDA-KIPNESS
JUSTICE